IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| MICHAEL M. DUPREE | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:14cv829 |
| M. L. RAY, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Michael M. Dupree, a prisoner confined at the Van Zandt County Jail, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was directly assigned to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the sole remaining defendant's motion to dismiss should be granted. The Plaintiff responded by filing a request to dismiss the case.

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (docket entry #35) is **ADOPTED**. It is further

**ORDERED** that the Defendant Officer Montiguado's motion to dismiss (docket entry #10) is **GRANTED**. It is further

**ORDERED** that the complaint is **DISMISSED** with prejudice. It is finally

**ORDERED** that all motions not previously ruled on are **DENIED**.

**It is SO ORDERED.**

**SIGNED this 13th day of April, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE